No. 74–1055. STONE, WARDEN v. POWELL. C. A. 9th Cir. [Certiorari granted, 422 U. S. 1055.] Motion for appointment of counsel granted, and Robert W. Peterson, Esquire, of Santa Clara, Cal., is appointed to serve as counsel for respondent in this case.

No. 74–1222. WOLFF, WARDEN v. RICE. C. A. 8th Cir. [Certiorari granted, 422 U. S. 1055.] Motion of Americans for Effective Law Enforcement, Inc., et al., for leave to file a brief as amici curiae granted.

No. 74–1269. KELLEY v. JOHNSON. C. A. 2d Cir. [Certiorari granted, sub nom. Barry v. Dwen, 421 U. S. 987.] Motion of International Brotherhood of Police Officers for leave to file a brief as amicus curiae granted.

No. 74–1274. ABBOTT LABORATORIES ET AL. v. PORTLAND RETAIL DRUGGISTS ASSN., INC. C. A. 9th Cir. [Certiorari granted, 422 U. S. 1040.] Motion of American Hospital Assn. for leave to file a brief as amicus curiae granted.

No. 74–5435. IMBLER v. PACHTMAN. C. A. 9th Cir. [Certiorari granted, 420 U. S. 945.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae granted and 15 additional minutes allotted for that purpose. Motion of the Attorney General of California to participate in oral argument as amicus curiae denied.

No. 74–6293. GOLDBERG v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 422 U. S. 1006.] Motion of petitioner for appointment of counsel granted and Donald C. Smaltz, Esquire, of Los Angeles, Cal., is appointed to serve as counsel for petitioner. Motion of California Attorneys for Criminal Justice et al. for leave to participate in oral argument as amici curiae denied.